## PROOF OF SERVICE

I Caitlin Duffy hereby certify that on December 1, 2011, I caused a copy of the Amended Complaint to be served by Email and by First Class Mail to the following recipients:

Joel Cohn, Esq.
Ray Donahue, Esq.
Akin Gump Strauss Hauer & Feld LLP
133 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
jcohn@akingump.com
rdonahue@akingump.com

Zachary C. Jackson (N.D. Ill. Bar No. 6280273)
Epstein Becker & Green P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601-7553
Telephone: (312) 499-1400
Fax: (312) 845-1998
ZJackson@ebglaw.com

Attorneys for Defendant Home Depot U.S.A., Inc.

/s/Caitlin Duffy
Caitlin Duffy