**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division**

George H. Edwards, Jr., et al.
                                    Plaintiff,

v.                                                        Case No.: 1:11−cv−04086
                                                                 Honorable Jeffrey T. Gilbert

Home Depot U.S.A., Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 6, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on 3/5/13 regarding Defendant's Motion for Attorney's Fees [80] and the Joint Motion for Approval of Settlement Agreement [95]. For the reasons stated on the record, Defendant's Motion for Attorney's Fees [80] is denied. Additionally, for the reasons stated on the record, the Joint Motion for Approval of Settlement Agreement [95] is granted. Civil case terminated. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.